PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO TORRES,<br><br>   Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:23-cv-01469-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 16) |

  Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from April 17, 2024, up to and including June 17, 2024.  This is Defendant's first request for an extension.

  Defendant requests this extension in order to further consider the administrative record in light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing deadlines in cases pending in this district and other districts.

  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 3, 2024 /s/ *Jonathan Omar Pena**
(*as authorized via e-mail on April 3, 2024)
JONATHAN O. PENA
Attorney for Plaintiff

Dated: April 3, 2024 PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: /s/ *Erin A. Jurrens*
ERIN A. JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 16),

IT IS ORDERED that Defendant shall have an extension, up to and including June 17, 2024, to respond to Plaintiff's Motion for Summary Judgment. All other deadlines set forth in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated: **April 3, 2024**              /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE